**Haytham Karim ABO, Petitioner,**

v.

**Michael B. MUKASEY, Attorney General, Respondent.**

No. 04–72361.

United States Court of Appeals, Ninth Circuit.

Submitted April 22, 2008.*

Filed May 6, 2008.

Regional Counsel, Western Region Immigration & Naturalization Service, Laguna Niguel, CA, Ronald E. Lefevre, Chief Legal Officer, Office of the District Counsel Department of Homeland Security San Francisco, CA, for Respondent.

Before: GRABER, FISHER, and BERZON, Circuit Judges.

MEMORANDUM **

Haytham Karim Abo, a native and citizen of Iraq, petitions for review of the Board of Immigration Appeals' order summarily affirming an immigration judge's ("IJ") decision denying his application for asylum, withholding of removal, and protection under the Convention Against Torture. We lack jurisdiction to review the IJ's adverse credibility determination, which is dispositive, because petitioner failed to raise it before the BIA. *See Zara v. Ashcroft*, 383 F.3d 927, 930–31 (9th Cir. 2004).

**PETITION FOR REVIEW DISMISSED.**

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.